# Court of Appeals
# of the State of Georgia

ATLANTA,  July 13, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0482.  JACKSON et al. v. EMPIRE PARKING SERVICES, INC. et al.**

We granted Lindsay Jackson and James Hugh Potts II's application for discretionary review of the trial court's order assessing attorney fees against them pursuant to OCGA § 9-15-14 (b).

After reviewing the record in its entirety, we find no error in the trial court's decision. Thus, the application for discretionary appeal was improvidently granted. Accordingly, the order granting Jackson and Potts' application is vacated, and their appeal is dismissed. See *Collier v. Dept. of Human Resources*, 196 Ga. App. 843, 844 (397 SE2d 632) (1990) (dismissing discretionary appeal as improvidently granted where full consideration of the record revealed no error in lower court's ruling).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/13/2015
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.